IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MATTHEW CLEMENT, | ) | CIVIL 06-00351DAE-BMK |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WARDEN LANE BLAIR; ATTORNEY GENERAL, STATE OF HAWAII, | ) ) ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S ORDER

An "ORDER DENYING RESPONDENT'S MOTION TO STAY AND ABEY HABEAS CORPUS PROCEEDINGS AND RECOMMENDING THAT HABEAS PETITION BE DISMISSED WITHOUT PREJUDICE" having been filed and served on all parties on January 5, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(c) and Local Rule 74.2, the "ORDER DENYING RESPONDENT'S MOTION TO STAY AND ABEY HABEAS CORPUS PROCEEDINGS AND RECOMMENDING THAT HABEAS

PETITION BE DISMISSED WITHOUT PREJUDICE," is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 29, 2007.



_____
David Alan Ezra
United States District Judge

Civil 06-00351DAE-BMK
Matthew Clement vs. Warden Lane Blair, et al.
Order Adopting Magistrate's Order